UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Alfred L. Papillon, | ) | Civil Action No.: 6:15-cv-02227-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Carolyn W. Colvin, Acting | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On November 23, 2016, Plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act,[1] asserting the position taken by Defendant in this action was not substantially justified. *See* ECF No. 23. Plaintiff requested an award of attorney's fees in the amount of $3,413.05. *Id.* On December 2, 2016, Defendant filed a response to Plaintiff's motion stating she does not oppose payment of Plaintiff's requested amount of attorney's fees. *See* ECF No. 24.

After careful consideration, the Court **GRANTS** Plaintiff's motion [ECF No. 23] and **ORDERS** Defendant to pay attorney's fees in the amount of $3,413.05, subject to the Treasury Offset Program[2] if Plaintiff owes an outstanding debt to the federal government. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the attorney's fees shall be paid directly to Plaintiff and mailed to his attorney, with a copy sent to Plaintiff.

**IT IS SO ORDERED.**

---

[1] 28 U.S.C. § 2412(d).

[2] 31 U.S.C. § 3716.

|  |  |
|---|---|
| December 6, 2016 | <u>s/ R. Bryan Harwell</u><br>R. Bryan Harwell |
| Florence, South Carolina | United States District Judge |